IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY V. SKIBA, TRUSTEE, | : | |
|     Appellant | : | Civil Action No. 05-151 Erie |
| | : | |
| v. | : | Bankruptcy No. 04-11311 |
| | : | |
| TIMOTHY M. LAHER, et al., | : | Adversary No. 04-1149 |
|     Appellees | : | |
| | : | Electronically Filed |

### **ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing Motion for Reconsideration, it is hereby ORDERED, ADJUDGED and DECREED that this Court's Memorandum Opinion and Order dated August 5, 2005 are hereby RESCINDED and the Bankruptcy Court's Order of April 12, 2005 is hereby AFFIRMED.

                                                  BY THE COURT:

                                                  _____

                                                  Sean J. McLaughlin, United States District Judge