IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY V. SKIBA, TRUSTEE, | : | |
|     Appellant | : | Civil Action No. 05-151 Erie |
| | : | |
| v. | : | Bankruptcy No. 04-11311 |
| | : | |
| TIMOTHY M. LAHER, et al., | : | Adversary No. 04-1149 |
|     Appellees | : | |
| | : | Electronically Filed |

## ORDER

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing Motion for Reconsideration, said Motion is hereby GRANTED.

                          BY THE COURT:

                          _____

                          Sean J. McLaughlin, United States District Judge