IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY V. SKIBA, TRUSTEE, | : | |
|     Appellant | : | Civil Action No. 05-151 Erie |
| | : | |
| v. | : | Bankruptcy No. 04-11311 |
| | : | |
| TIMOTHY M. LAHER, et al., | : | Adversary No. 04-1149 |
|     Appellees | : | |
| | : | Electronically Filed |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion for Reconsideration was mailed by first class mail, postage prepaid, or hand delivered this 17th day of August, 2005, to all counsel of record and unrepresented parties in the above-captioned matter as follows:

>Gary V. Skiba, Trustee
>345 West Sixth Street
>Erie, PA 16507

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

>By    /s/ Joseph B. Spero, Esquire
>    Joseph B. Spero, Esquire
>    Pa. Supreme Court I.D. No. 76409
>    Attorneys for Debtors/Appellees
>    Suite 300, 300 State Street
>    Erie, Pennsylvania 16507
>    Telephone:  (814) 456-5301
>    Facsimile: (814) 456-1112
>    Email: jspero@marshspaeder.com