IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY V. SKIBA, TRUSTEE, | : | |
|     Appellant | : | Civil Action No. 05-151 Erie |
| | : | |
| v. | : | Bankruptcy No. 04-11311 |
| | : | |
| TIMOTHY M. LAHER, et al., | : | Adversary No. 04-1149 |
|     Appellees | : | |
| | : | Electronically Filed |

**NOTICE OF APPEAL**

Notice is hereby given that the Debtors/Appellees hereby appeal to the United States Court of Appeals for the Third Circuit from an Order reversing the Bankruptcy Court's Order fo April 12, 2005 entered in this action on August 5, 2005.

    Respectfully submitted,

    **MARSH SPAEDER BAUR SPAEDER & SCHAAF,** LLP

    By    /s/ Joseph B. Spero, Esquire
        Joseph B. Spero, Esquire
        Pa. Supreme Court I.D. No.76409
        Attorneys for Debtors/Appellees
        Suite 300, 300 State Street
        Erie, Pennsylvania 16507
        (814) 456-5301

Date: September 6, 2005