IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY V. SKIBA, TRUSTEE, | : | |
| Appellant | : | Civil Action No. 05-151 Erie |
| | : | |
| v. | : | Bankruptcy No. 04-11311 |
| | : | |
| TIMOTHY M. LAHER, et al., | : | Adversary No. 04-1149 |
| Appellees | : | |
| | : | Electronically Filed |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Notice of Appeal was mailed by first class mail, postage prepaid, or hand delivered this 6th day of September, 2005, to all counsel of record and unrepresented parties in the above-captioned matter:

        Gary V. Skiba, Esquire
        345 West Sixth Street
        Erie, Pennsylvania 16507
        Bankruptcy Trustee

**MARSH SPAEDER BAUR SPAEDER & SCHAAF,** LLP

By    /s/ Joseph B. Spero, Esquire
        Joseph B. Spero, Esquire
        Suite 300, 300 State Street
        Erie, Pennsylvania 16507
        (814) 456-5301