CA 05-151E
Appeal Payment

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

     # 00500512 - AM  am
     September 8, 2005


   Code    Case #    Qty      Amount

   APPEAL D 05-151 E   1 @  255.00
                            255.00 CO


   TOTAL →              255.00


   FROM: JOSEPH G. SPERO
         300 STATE STREET SUITE 300
         ERIE, PA 16507
```