UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Case No. 05-4168
_____

IN RE: DEBRA A. LAHER; TIMOTHY M. LAHER, Debtors

GARY V. SKIBA

v.

TIMOTHY M. LAHER;
DEBRA A. LAHER;
TIAA-CREFF

Timothy M. Laher;
Debra A. Laher,
      Appellants
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No.05-cv-00151)
District Judge: Honorable Sean J. McLaughlin
_____

Submitted Under Third Circuit LAR 34.1(a)
on March 28, 2007

Before:  RENDELL, BARRY, and CHAGARES, Circuit Judges.


_____

JUDGMENT
_____

      This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 28, 2007.  On consideration whereof, it is now here

      ORDERED and ADJUDGED by this Court that the Order of the District Court entered on August 5, 2005, be and the same is hereby REVERSED, and the case is remanded to the Bankruptcy Court for entry of an order excluding the annuity from the bankruptcy estate and for proceedings consistent with this opinion.  Costs taxed against Appellee.

                                  ATTEST:

                                  /s/ Marcia M. Waldron
                                  Clerk

Dated: August 2, 2007

**Certified as a true copy and issued in lieu of a formal mandate on** _August 24, 2007_

**Teste:** /s/ Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**